ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Mutual
Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

| | |
|---|---|
| VICKIE BREYFOGLE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; a foreign corporation; DOES I through X, and ROE LEGAL ENTITIES I through X,<br><br>Defendants. | Case No.: 2:26-cv-00075-CDS-NJK<br><br>**STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff VICKIE BREYFOGLE ("Plaintiff"), by and through her counsel, CLEAR COUNSEL LAW GROUP, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims

///

///

///

///

///

///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

175729711.1

and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 2⁸ day of April, 2026.

CLEAR COUNSEL LAW GROUP

JARED R. RICHARDS
Nevada Bar No. 11254
SCOTT A. FLINDERS
Nevada Bar No. 6975
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89128
*Attorneys or Plaintiff*

DATED this 30th day of April, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Francis A. Arenas*

ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: April 30, 2026

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

175729711.1

2